IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-00801-ZLW-CBS

RUDY SOTO,

    Plaintiff,

v.

ANN SCHAFER,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court upon written Stipulation of the parties by their respective counsel of record, and the Court having examined the Stipulation, now finds that the dismissal should be granted.

IT IS THEREFORE ORDERED that this matter is dismissed with prejudice, each party to pay costs incurred.

DATED at Denver, Colorado this 12th day of January, 2010.

BY THE COURT:

*/s/ Zita Leeson Weinshienk*
_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court